IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GABRIEL CASSELL | : | CIVIL ACTION |
| v. | : | |
| MARK LEVY, et al. | : | NO.:   17-cv-5508 |

### O R D E R

AND NOW, this **12**th **d**ay of **JANUARY, 2018**, it is hereby

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Wendy Beetlestone to the calendar of the Honorable J. William Ditter, Jr.

FOR THE COURT:

LAWRENCE F. STENGEL
Chief Judge

ATTEST:

_Kate Barkman_
KATE BARKMAN
Clerk of Court