IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIEL CASSSELL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MARK LEVY, et al.** | : | **NO. 17-CV-5508** |

### O R D E R

**AND NOW**, this 25th day of January, 2018, **IT IS HEREBY NOTED** that this case has been transferred to my docket, **THEREFORE IT IS ORDERED** that the prior scheduling order (Dkt. # 7) is **VACATED**. A pretrial conference will not be scheduled until after the pending motions to dismiss have been decided.

BY THE COURT:

*/s/ J. William Ditter, Jr.*
**J. WILLIAM DITTER, JR., J.**