# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL CASSELL,<br>*Plaintiff*<br><br>v.<br><br>MARK LEVY,<br>U.S. BANK NATIONAL ASSOCIATION,<br>KML LAW GROUP, P.C. and<br>VICTORIA CHEN,<br>*Defendants* | CIVIL ACTION<br><br>No. 17-cv-05508 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Response of Defendants, U.S. Bank National Association, KML Law Group, P.C., and Victoria Chen, to Plaintiff's Motion for Leave to File Amended Complaint, and Brief in Support, was sent by first class mail, postage pre-paid, upon the following on the date listed below:

Gabriel Cassell
521 Beech Street
Pottstown, PA 19464

Mark Levy
Office of the Prothonotary
of Montgomery County
P.O. Box 311
Norristown, PA 19404-0311

Date: 2/12/18

KML Law Group, P.C.

*/s/ Thomas I. Puleo*

Thomas I. Puleo, Esquire
PA Attorney Identification No. 27615
Attorney for Defendants, U.S. Bank National
Association, KML Law Group, P.C., and
Victoria Chen
Mellon Independence Center, Suite 5000
701 Market Street
Philadelphia, PA 19106
(215) 627-1322