UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL CASSELL<br><br>　　　　　　　　　　Plaintiff<br><br>vs.<br><br>KML LAW GROUP, PC<br>U.S. BANK NATIONAL ASSOCIATION<br>VICTORIA CHEN<br>MARK LEVY<br><br>　　　　　　　　　　Defendant(s) | CIVIL NO.  17-5508 |

ENTRY OF APPEARANCE

　　　Kindly enter my appearance on behalf of Defendants, U.S. Bank National Association, KML Law Group and Victoria Chen, in the above-captioned matter.  Also, kindly add the undersigned to the electronic email notification list for this matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　Pennsylvania Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　Suite 5000 - BNY Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　　　　　　　　　(412) 430-43594
　　　　　　　　　　　　　　　　　　　JWarmbrodt@kmllawgroup.com