# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GABRIEL CASSELL | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| MARK LEVY, et al. | : | NO. 17-CV-5508 |

### ORDER

AND NOW, this 10th day of July, 2018, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file an amended complaint (Dkt. #10) is GRANTED.

2. Defendant, Mark Levy's motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. # 6) is GRANTED with prejudice.

3. The motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) filed by defendants, U.S. Bank National Association, KML Law Group, P.C., and Victoria Chen, Esquire, (Dkt. # 4 ) is GRANTED with prejudice.

4. The clerk of court is directed to close this case for statistical purposes.

BY THE COURT:

/s/ J. William Ditter, Jr.
**J. WILLIAM DITTER, JR., J.**